IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  15-cv-00335-WYD-MJW

TRAVIS MILLER,

Plaintiff,

v.

PROPERTY & CASUALTY INSURANCE COMPANY OF HARFORD, *a/k/a The Hartford*,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Defendant's Unopposed Motion for Entry of Protective Order (docket no. 14) is GRANTED finding good cause shown.  The written Stipulated Protective Order (docket no. 14-1) is APPROVED as amended in paragraphs 6 and 7 and made an Order of Court.

Date: March 12, 2015